AMOS L. PRESCOTT, Respondent, *v.* JOSEPH J. O'DONO-
HUE, JR., et al., Defendants, and ALWYN BALL, JR.,
Appellant.

*Fraud — false representations as to solvency of maker and indorser of
promissory note.*

Prescott v. O'Donohue, 188 App. Div. 958, affirmed.

(Argued December 9, 1920; decided February 4, 1921.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered June 13, 1919, *unanimously* affirming
a judgment in favor of plaintiff entered upon a verdict.
The action was to recover for fraud in inducing plaintiff
and one Gude to advance to the Dover White Marble
Company the sum of $50,000 upon its notes indorsed by
the Continental Finance Company. The complaint
alleged that the defendant Ball, a director of the Conti-
nental Finance Company, for the purpose of inducing the
making of the loan, stated to one Miller, who represented
the plaintiff and Gude, that the financial statement of the
Continental Finance Company which had been submitted
by Sturgis, a co-director with Ball in the Continental
Finance Company, and its president and treasurer, was
correct; that the Continental Finance Company was
financially sound and would be able to meet under any
circumstances the payment of the notes, even if the Dover
White Marble Company should not be able to meet them;
but that the Dover White Marble Company was finan-
cially sound and would be able to meet the said promissory
notes. It is charged that the financial statement was
false to the knowledge of this defendant, and that at the
time both the Dover White Marble Company and the
Continental Finance Company were to the defendant's
knowledge insolvent.

　　*Nathan L. Miller* for appellant.

　　*Charles E. Hughes* for respondent.

　　Judgment affirmed, with costs; no opinion.

　　Concur: HISCOCK, Ch. J., CHASE, POUND, McLAUGHLIN,
CRANE and ANDREWS, JJ. Not sitting: CARDOZO, J.